Jacob Song (SBN 265371)
KUTAK ROCK LLP
5 Park Plaza, Suite 1500
Irvine, CA 92614
Telephone: (949) 417-0999
Facsimile: (949)-417-5394
Email:      Jacob.Song@KutakRock.com

Jason S. Jackson, Pro Hac Vice
KUTAK ROCK LLP
1650 Farnam Street
Omaha, NE 98102-2186
Telephone: (402) 346-6000
Facsimile: (402) 346-1148
Email:      jason.jackson@kutakrock.com

Sara Weilert Gillette, Pro Hac Vice
KUTAK ROCK LLP
2300 Main St., Ste. 800
Kansas City, MO 64108-2416
Telephone: (816) 960-0090
Facsimile: (816) 960-0041
Email:      Sara.Gillette@KutakRock.com

Attorneys for Plaintiff, GUTTERGLOVE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUTTERGLOVE, INC. a California Corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WILLIAM LASELL, an individual, AMERICAN DIE and ROLLFORMING, INC., a California corporation; and ARTESIAN HOME PRODUCTS, dba VALOR GUTTER GUARD,<br><br>　　　　　Defendants. | Case No. 2:17-CV-01372-WBS-CKD<br><br>**STIPULATED ORDER PURSUANT TO F.R.E. 502(d)** |

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4811-0250-8881.1

2:17-CV-01372-WBS-CKD
STIPULATED ORDER PURSUANT TO F.R.E. 502(D)

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

**IT IS SO STIPULATED**, through Counsel of Record.

Dated: October 13, 2017     */s/ Jacob Song*
                            Counsel for Plaintiff

Dated: October 13, 2017     */s/ John P. Costello*
                            Counsel for Defendant

**IT IS ORDERED** that the forgoing Agreement is approved.

Dated:  October 13, 2017    _____
                            WILLIAM B. SHUBB
                            UNITED STATES DISTRICT JUDGE