1  Jacob Song (SBN 265371)
   KUTAK ROCK LLP
2  5 Park Plaza, Suite 1500
3  Irvine, CA 92614
   Telephone:   (949) 417-0999
4  Facsimile:   (949)-417-5394
   Email:       Jacob.Song@KutakRock.com
5
6  Sara Weilert Gillette, Pro Hac Vice
   KUTAK ROCK LLP
7  2300 Main St., Ste. 800
   Kansas City, MO 64108-2416
8  Telephone: (816) 960-0090
   Facsimile: (816) 960-0041
9  Email:       Sara.Gillette@KutakRock.com

10 Attorneys for Plaintiff, GUTTERGLOVE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUTTERGLOVE, INC. a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM LASELL, an individual, AMERICAN DIE and ROLLFORMING, INC., a California corporation; and ARTESIAN HOME PRODUCTS dba VALOR GUTTER GUARD,<br><br>Defendants. | Case No. 2:17-CV-01372-WBS-CKD<br><br>**ORDER GRANTING PLAINTIFF GUTTERGLOVE, INC.'S CONSENTED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

**NOW** on this day, this matter comes before the Court on Plaintiff's Consented Motion for Leave to File Second Amended Complaint. The Court, after considering the Motion and being otherwise fully advised in the premises, FINDS:

CASE NO. 2:17-CV-01372-WBS-CKD
ORDER GRANTING GUTTERGLOVE, INC.'S MOTION
FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to File Second Amended Complaint is GRANTED. Plaintiff's Second Amended Complaint attached to its Motion is deemed filed on the date of this Order, and shall be filed separately on the docket.

IT IS SO ORDERED.

Dated: October 17, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 2 -  CASE NO. 2:17-CV-01372-WBS-CKD
ORDER GRANTING GUTTERGLOVE, INC.'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Kutak Rock LLP
Attorneys At Law
Irvine