Jacob Song (SBN 265371)
KUTAK ROCK LLP
5 Park Plaza, Suite 1500
Irvine, CA 92614
Telephone: (949) 417-0999
Facsimile: (949)-417-5394
Email: Jacob.Song@KutakRock.com

Sara Weilert Gillette, Pro Hac Vice
KUTAK ROCK LLP
2300 Main St., Ste. 800
Kansas City, MO 64108-2416
Telephone: (816) 960-0090
Facsimile: (816) 960-0041
Email: Sara.Gillette@KutakRock.com

Attorneys for Plaintiff, GUTTERGLOVE, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUTTERGLOVE, INC. a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM LASELL, an individual, AMERICAN DIE and ROLLFORMING, INC., a California corporation; and ARTESIAN HOME PRODUCTS dba VALOR GUTTER GUARD,<br><br>Defendants. | Case No. 2:17-CV-01372-WBS-CKD<br><br>Judge: Hon. William B. Shubb<br>Courtroom: 5, 14th Floor<br><br>**ORDER RE: JOINT REQUEST TO MODIFY STATUS (PRETRIAL SCHEDULING) ORDER**<br><br>[Filed concurrently with the Parties' Joint Request to Modify Status (Pretrial Scheduling) Order] |

The Court has duly considered the parties Joint Request to Modify Status (Pretrial Scheduling) Order. Having found good cause for amending the schedule, including the trial date, the Court hereby rules as follows:

4830-3645-8597.1

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

2:17-CV-01372-WBS-CKD
[PROPOSED] ORDER RE: JOINT REQUEST TO MODIFY
STATUS (PRETRIAL SCHEDULING) ORDER

IT IS HEREBY ORDERED:

1.    The schedule is modified as follows:

| Event | New Deadline |
|---|---|
| Completion of Fact Discovery | December 20, 2018 |
| Expert Reports | October 22, 2018 |
| Rebuttal Expert Reports | November 21, 2018 |
| All Motions (**Filed By**) | February 5, 2019 |
| Pretrial Conference | April 29, 2019 at 1:30 p.m. |
| Trial | June 25, 2019 at 9:00 a.m. |

IT IS SO ORDERED.

Dated:  May 8, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4830-3645-8597.1

2:17-CV-01372-WBS-CKD

[PROPOSED] ORDER RE: JOINT REQUEST TO MODIFY STATUS
(PRETRIAL SCHEDULING) ORDER