1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    GUTTERGLOVE, INC.,                          No.  2:17-cv-01372-WBS-CKD

12                    Plaintiff,

13              v.                                ORDER

14    WILLIAM LASELL, et al.,

15                    Defendants.

16

17          Presently pending before the court is plaintiff's motion to compel responses to discovery,

18    currently set for hearing on August 1, 2018 at 10:00 a.m.  (ECF Nos. 54, 55.)  Parties are actively

19    engaged in voluntary mediation.  (ECF No. 56 at 2.)  The next mediation session is scheduled for

20    August 6, 2018.  (Id.)  As a result, the parties request that the court "stay all deadlines, including

21    discovery deadlines, until they are able to conduct another mediation session."  (Id.)

22          The deadline to complete fact discovery is December 20, 2018.  (ECF No. 42.)  The next

23    mediation session will be completed far in advance of this deadline.  As such, there is no good

24    cause to modify the scheduling order at this time.  However, there is no need to hold a hearing on

25    the pending discovery dispute prior to the next mediation session.

26          Accordingly, IT IS HEREBY ORDERED that:

27          1.  Parties joint request to stay all deadlines (ECF No. 56) is GRANTED IN PART AND

28              DENIED IN PART, on the terms outlined in this order.

                                                  1

2. The August 1, 2018 hearing on plaintiff's motion to compel (ECF No. 54) is VACATED and the briefing schedule is STAYED. The hearing will be reset at a future date if necessary.

3. Parties' joint request to stay discovery is DENIED as premature, subject to renewal.

4. No later than August 20, 2018, parties shall submit a joint status report and, if necessary, a proposed amended schedule.

Dated: July 11, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

14/17-1372.gutterglove.stay order