Jacob Song (SBN 265371)
KUTAK ROCK LLP
5 Park Plaza, Suite 1500
Irvine, CA 92614
Telephone: (949) 417-0999
Facsimile: (949)-417-5394
Email: jacob.song@kutakrock.com

Sara Weilert Gillette, Pro Hac Vice
KUTAK ROCK LLP
Two Pershing Square
2300 Main St., Ste. 800
Kansas City, MO 64108-2416
Telephone: (816) 960-0090
Facsimile: (816) 960-0041
Email: Sara.Gillette@KutakRock.com

Attorneys for Plaintiff GUTTERGLOVE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUTTERGLOVE, INC. a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN DIE and ROLLFORMING, INC., a California corporation; and VALOR GUTTER GUARD,<br><br>Defendants. | Case No. 2:17-cv-01372-WBS-CKD<br><br>Judge: Hon. William B. Shubb<br>Courtroom: 5<br><br>**PROPOSED ORDER REGARDING JOINT REQUEST TO STAY ALL DEADLINES PENDING CONTINUED MEDIATION [DOC. NO. 58]** |

///

///

///

PROPOSED ORDER - JOINT REQUEST TO STAY ALL DEADLINES
PENDING CONTINUED MEDIATION

1

2  Upon the Parties' joint request, the Court hereby stays all deadlines,
3  including all discovery, in this case. The hearing currently set for August 1, 2018 at
4  10:00 a.m. with Magistrate Judge Carolyn K. Delaney is canceled. The Pretrial
5  Conference date of April 29, 2019 and the Trial date of June 25, 2019 remain
6  unchanged.

7  No later than August 20, 2018, the parties shall submit a joint status report
8  and proposed amended schedule.

9

10  IT IS SO ORDERED.

11  Dated: July 23, 2018

12  _____
    WILLIAM B. SHUBB
13  UNITED STATES DISTRICT JUDGE

14

15
    Dated: July 12, 2018                    KUTAK ROCK LLP
16

17
                                            By:/s/ Sara Weilert Gillette
18                                             Jacob Song
                                               Sara Weilert Gillette (pro hac vice)
19                                             **ATTORNEYS FOR PLAINTIFF AND**
                                               **COUNTERDEFENDANT**
20

21  Dated: July 12, 2018                    COSTELLO LAW CORPORATION

22

23
                                            By:/s/ John P. Costello
24                                             John P. Costello
                                               **ATTORNEYS FOR DEFENDANTS**
25                                             **AND COUNTERCLAIMANTS**

26

27

28
                                    - 2 -