Jacob Song (SBN 265371)
KUTAK ROCK LLP
5 Park Plaza, Suite 1500
Irvine, CA 92614
Telephone: (949) 417-0999
Facsimile: (949)-417-5394
Email: Jacob.Song@KutakRock.com

Sara Weilert Gillette, Pro Hac Vice
KUTAK ROCK LLP
2300 Main St., Ste. 800
Kansas City, MO 64108-2416
Telephone: (816) 960-0090
Facsimile: (816) 960-0041
Email: Sara.Gillette@KutakRock.com

Jason S. Jackson, Pro Hac Vice
KUTAK ROCK LLP
1650 Farnam Street
Omaha, NE 68102-2186
Telephone: (402) 346-6000
Facsimile: (402) 643-1148
Email: Jason.Jackson@KutakRock.com

Attorneys for Plaintiff, GUTTERGLOVE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUTTERGLOVE, INC. a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM LASELL, an individual, AMERICAN DIE and ROLLFORMING, INC., a California corporation; and ARTESIAN HOME PRODUCTS, dba VALOR GUTTER GUARD,<br><br>Defendants. | Case No. 2:17-CV-01372-WBS-CKD<br><br>Judge: Hon. William B. Shubb<br>Courtroom: 5, 14th Floor<br><br>**ORDER RE: STIPULATION TO LIFT STAY** |

Having reviewed the parties' Stipulation to Lift Stay, and good cause appearing therefor, IT IS HEREBY ORDERED that the current stay in this matter (Dkt. No. 61) is lifted for all purposes.

The Court further adopts the following proposed amended schedule jointly proposed by Plaintiff and Defendants:

| EVENT | DEADLINE |
| --- | --- |
| Completion of Fact Discovery | April 19, 2019 |
| Expert Reports | February 21, 2019 |
| Rebuttal Expert Reports | March 22, 2019 |
| All Motions (Filed by) | June 18, 2019 |
| Pretrial Conference | August 19, 2019 at 1:30 p.m. |
| Trial | October 29, 2019 at 9:00 a.m. |

Dated: August 27, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE