John P. Costello. Esq. (SBN 161511)
**COSTELLO LAW CORPORATION**
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661
Telephone: (916) 441-2234
facsimile: (916) 441-4254
Jcostello@costellolawcorp.com

GLENN W. PETERSON, ESQ. (SBN 126173)
**PETERSON WATTS LAW GROUP, LLP**
*Attorneys at Law*
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661
Telephone: (916) 780-8222
Facsimile: (916) 780-8775
gpeterson@petersonwatts.com

Attorneys for Defendants
William Lasell; American Die and Rollforming. a
California Corporation and Artesian Home Products,
a California Corporation dba Valor Gutter Guard and
Counterclaimants

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUTTERGLOVE INC., a California Corporation,<br><br>        Plaintiff,<br>vs.<br><br>WILLIAM LASELL, an individual, AMERICAN DIE AND ROLLFORMING a California Corporation; and VALOR GUTTER GUARD<br><br>        Defendants. | Case No. 2:17-CV-01372-WBS-CKD<br><br>**STIPULATION FOR JUDGMENT AND JUDGMENT**<br><br>Action Filed: June 30, 2017<br>Judge: Honorable William B. Shubb |

Plaintiff Gutterglove, Inc. ("Gutterglove"), Defendants William Lasell, an individual, ("Lasell") Artesian Home Products, a California Corporation, ("Artesian") American Die and Rollforming, a California Corporation ("ADR") (collectively, Lasell, Artesian and ADR constitute "Defendants") and Counterclaimants Chris Tatasciore, Lawrence Dumm and Slate E. Bryer (individuals and collectively the "ADR Inventors") (collectively Gutterglove, Defendants and the ADR Inventors constitute the "Parties"), hereby consent to the resolution of the above-captioned case through the instant Stipulated Judgment ("Judgment"), based upon the terms and conditions as follows:

1. Gutterglove is the owner of U.S. Patent No. 9,834,936 (the "'936 Patent") as well as all related patents and applications thereof including but not limited to: U.S. Patent No. 9,976,309, issued May 22, 2018, entitled "Gutter Debris Preclusion Device With Multiple Manipulations and Patterns Thereof" (the "'309 Patent"), and any parent applications, continuations, continuations-in-part, divisionals, and re-issues, or foreign counterpart patents or applications ("the '936 Patent Family");

2. Defendants ADR and Artesian in their First Amended Answer (the "FAA") (Dkt. # 80) to the Plaintiff's Second Amended Complaint ("SAC") (Dkt #20), have alleged a counterclaim for relief from the '936 Patent Family, seeking a judicial declaration that the '936 Patent Family is invalid and unenforceable on the grounds of alleged inequitable conduct before the United States Patent and Trademark Office. This counterclaim for relief sought to resolve an existing dispute concerning the effect of the '936 Patent Family upon U.S. Patent No. 9,284,735, which had been placed at issue by Gutterglove in its First Claim for Relief in its Second Amended Complaint on file herein, wherein Gutterglove sought a correction of inventorship of U.S. Patent No. 9,284,735.

3. Gutterglove, the Defendants and the ADR Inventors have reached an agreement to resolve the pending disputes, and in furtherance of that settlement agreement, among other things,

Gutterglove is willing, without admitting the allegations in the counterclaim, to consent to declaratory judgment herein invalidating and rendering unenforceable the '936 Patent Family as requested, in part, in the First Amended Answer and Counterclaim (Dkt. No. 80) to the Second Amended Complaint.

4. Gutterglove acknowledges and agrees that the terms of this Judgment are valid, binding and enforceable in any jurisdiction in the United States, to the fullest extent of any and all applicable laws related thereto.

5. Gutterglove expressly waives the right to appeal this Judgment both as to form or content.

6. Should the Court find this Judgment deficient in any way, the Parties agree to cooperate with each other to take whatever steps are necessary to render this Judgment effective.

7. This Court shall retain jurisdiction over the Parties, to enforce this Judgment, or enter any further relief, until there is full performance of the terms hereof.

8. All Parties will bear their own costs and attorney fees.

9. The Parties request that pursuant to 35 U.S.C. § 290, the Court provide notice to the United States Patent and Trademark Office of the pendency and disposition of this action concerning U.S. Patent No. 9,834,936 and U.S. Patent No. 9,976,309.

**IT IS SO AGREED AND STIPULATED:**

| | | |
|---|---|---|
| Dated: November 9, 2018 | | KUTAK ROCK LLP |

By: */s/ Jason S. Jackson*
Jason S. Jackson
Jacob Song
Sara Weilert-Gillette
KUTAK ROCK LLP
1650 Farnham Street
The Omaha Building
Omaha, NE 68102-2103
Telephone: (402) 346-6000
Facsimile: (402) 346-1148
Jason.Jackson@KutakRock.com
Jacob.Song@KutakRock.com
Sara.Gillette@KutakRock.com
Attorneys for Plaintiff
GUTTERGLOVE, INC. and on behalf of
Robert Lenney

Dated: November 9, 2018                    COSTELLO LAW CORPORATION

By: */s/ John P. Costello*
John P. Costello
COSTELLO LAW CORPORATION
2267 Lava Ridge Court
Suite 210
Roseville, CA 95661
Telephone: (916) 441-2234
Facsimile: (916) 441-4254
Jcostello@costellolawcorp.com
Attorneys for Defendants
WILLIAM LASELL, AMERICAN DIE
AND ROLLFORMING AND
ARTESIAN HOME PRODUCTS AND
THE ADR INVENTORS

| | |
|---|---|
| Dated: November 9, 2018 | PETERSON WATTS LAW GROUP LLP |

By: */s/ Glenn W. Peterson*
    Glenn W. Peterson
    PETERSON WATTS LAW GROUP LLP
    2267 Lava Ridge Court
    Suite 210
    Roseville, CA 95661
    Telephone: (916) 780-8222
    Facsimile: (916) 789-8775
    gpeterson@petersonwatts.com
    Attorneys for Defendants
    WILLIAM LASELL, AMERICAN DIE
    AND ROLLFORMING AND
    ARTESIAN HOME PRODUCTS AND
    THE ADR INVENTORS

**IT IS SO ORDERED:**

    Pursuant to the above-referenced stipulation of the Parties to this action, Judgment is hereby entered declaring the entire '936 Patent Family invalid and unenforceable. All other claims of all Parties are dismissed with prejudice. The respective Parties hereto are to bear their own attorney's fees and costs.

Dated: November 13, 2018

    WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Placer, State of California, and not a party to the above-entitled cause. On November 9, 2018, I electronically filed the following document(s) using the CM/ECF system:

**STIPULATION FOR JUDGMENT AND JUDGMENT**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

Executed on November 9, 2018, at Roseville, California.

*/s/ Ruma Costello*
Ruma Costello